STATE OF NORTH CAROLINA v. L. J. HUNT

No. 74A85

(Filed 4 June 1985)

**Criminal Law § 177— evenly divided Court—judgment affirmed—no precedent**
> Where one member of the Supreme Court did not participate in the consideration or decision of a case and the remaining six justices are equally divided, the decision of the Court of Appeals is affirmed and stands without precedential value.

APPEAL by defendant pursuant to N.C.G.S. 7A-30(2) from the decision of a divided panel of the North Carolina Court of Appeals, 72 N.C. App. 59, 323 S.E. 2d 490 (1984) (*Chief Judge Vaughn* and *Judge Johnson* concurring; *Judge Whichard* dissenting), finding no error in the trial before *Judge Giles R. Clark* and a jury. *Judge Clark* imposed a sentence of imprisonment of fifteen years upon the jury's verdict of guilty of murder in the second degree.

*Lacy H. Thornburg, Attorney General, by T. Byron Smith, Associate Attorney, for the State.*

*Adam Stein, Appellate Defender, and James R. Glover, for defendant-appellant.*

PER CURIAM.

Justice Vaughn took no part in the consideration or decision of this case. The remaining members of this Court were equally divided with three members voting to affirm the decision of the Court of Appeals and three members voting to reverse. Therefore, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See State v. Johnson*, 286 N.C. 331, 210 S.E. 2d 260 (1974).

Affirmed.